# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00157-CV

**In re Edward Brogdon and Bonny Brogdon**

### ORIGINAL PROCEEDING FROM MILAM COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and request for emergency relief are denied. *See* Tex. R. App. P. 52.8(a).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Henson and Goodwin

Filed:   March 23, 2012